UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI,<br>    PLAINTIFF | :   CIVIL ACTION NO.<br>:   3:01CV2205 (PCD) |
| VS. | : |
| THE CITY OF MIDDLETOWN,<br>CHIEF OF POLICE, J. EDWARD BRYMER,<br>AND DOMENIQUE S. THORTON,<br>    DEFENDANTS | :<br>:<br>:<br>:   February 2, 2004 |

## REQUEST FOR RULE 16 SCHEDULING CONFERENCE

The Plaintiff, respectfully requests a Rule 16 scheduling and planning conference. This particular case has been stayed since April 23, 2002. The stay has been lifted as of January 28, 2004. The plaintiff requests a Rule 16 scheduling and planning conference for the purpose of setting up a discovery plan and deadlines for the reamainder of the litigation in order to expedite this action.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this request for a Rule 16 scheduling conference.

THE PLAINTIFF,

BY: _____
Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Federal Bar No. ct23073

## CERTIFICATION

      The foregoing was mailed, postage prepaid, on February 2, 2004, to all counsel and pro se parties of record, including:


James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Trina Solecki, Esq.
City Attorney
City of Middletown
P O Box 1300
245 DeKoven Street
Middetown, CT 06457


Clerk
United States District Court
141 Church Street
New Haven, CT 06510

 

*[signature]*
Erin I. O'Neil, Esq.