UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI | : |
| | : |
| VS. | :   CASE NO. 3:01CV2205 (PCD) |
| | : |
| THE CITY OF MIDDLETOWN, ET AL. | : |

## ENDORSEMENT ORDER

The Request for Rule 16 Scheduling Conference, document no. 38, is GRANTED. A conference is scheduled for Thursday, February 19, 2004, 9:00 a.m. in Judge Dorsey's Chambers.

SO ORDERED. Dated at New Haven, Connecticut, this 12th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court