FILED
FEB 25  2 54 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI, <br> PLAINTIFF | CIVIL ACTION NO. <br> 301CV2205 (PCD) |
| v. | |
| THE CITY OF MIDDLETOWN, <br> CHIEF OF POLICE, J. EDWARD BRYMER, <br> AND DOMENIQUE S. THORTON, <br> DEFENDANTS | FEBRUARY 19, 2004 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and (b), the Plaintiff moves the Court for an order authorizing Plaintiff to file the attached Amended Complaint in this action to conform with the facts of the case in preparation for trial, including the deletion of the claim for Negligent Infliction of Emotional Distress, to appropriately conform with recent case law. Plaintiff respectfully requests that the Court now grant leave to amend her complaint. A copy of the proposed amended complaint is appended hereto.

THE PLAINTIFF
LYNN BALDONI

BY: _____
Erin I. O'Neil
Brewer & O'Neil
Federal Bar #ct 23073
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055

## CERTIFICATION

This is to certify that the foregoing was mailed postage prepaid to all counsel and pro se parties of record on February 19, 2004.

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Trina Solecki, Esq.
City Attorney
City of Middletown
P O Box 1300
245 DeKoven Street
Middetown, CT 06457

_____
Erin I. O'Neil