# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI | : |
| | : |
| VS. | :   CASE NO. 3:01CV2205 (PCD) |
| | : |
| THE CITY OF MIDDLETOWN, ET AL. | : |

## ENDORSEMENT ORDER

The Motion for Leave to Amend Complaint, document no. 41, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 26th day of February, 2004.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Peter C. Dorsey, U.S. District Judge
　　　　　　　　　　　　　　United States District Court