# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV2205 (PCD) |
| VS. | : | |
| | : | |
| THE CITY OF MIDDLETOWN; | : | |
| J. EDWARD BRYMER; | : | |
| DOMENIQUE S. THORNTON; | : | |
|     Defendants | : | MARCH 1, 2004 |

## MOTION TO QUASH

Pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, the defendants hereby move to quash the subpoenas directed to the City of Middletown Records Division, the City of Middletown "Records Keeper," defendant J. Edward Brymer, and defendant Donemique Thornton compelling the production of an extensive and voluminous amount of documents in court on March 3, 2004.

In her first subpoena directed at the City of Middletown (the "City"), dated February 13, 2004 ("Subpoena 1"), the plaintiff has commanded the production of the following documents by the City of Middletown Records Division: "the complete personnel files on the following employees; Chief George Aylward, Captain Lang,

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

Captain Barrow, Deputy Chief Passena, Captain Custer." Also requested in an attached "Schedule A" were:

 1. Copies of all claims of gender discrimination, harassment, and/or retaliation received from Town employees within the last five years.

 2. Copies of any action taken by the Town, including disciplinary action, regarding any such claims of gender discrimination, harassment or retaliation.

 3. Copies of all internal investigations conducted by the Middletown Police Department within the past 10 years regarding named defendants and named officers, including Captains Custer, Barrow, Passina, Lang in the above Complaint and any corresponding disciplinary actions taken pursuant to the results of such investigations.

 4. Copies of any and all harassment and/or gender discrimination courses/classes which are required to be taken by the officers and employees of the Middletown Police Department and/or Town.

<u>See</u> Subpoena 1, attached hereto as Exhibit A.

In her second subpoena issued on the City, dated February 25, 2004 ("Subpoena 2," attached hereto as Exhibit B), the plaintiff has commanded the production of the following documents by the City "Records Keeper": "All documents, files, and records regarding payroll records for the deputy chief of police [sic] pay and any and all accrued or paid compensatory time from 2001 until present." The subpoenas issued to defendants Thornton and Brymer, attached as Exhibits C and D, seek production of the same documents listed in Subpoena 1, with the exception of the personnel files.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The defendant moves to quash these subpoenas duces tecum because all of the requests are overly broad and vague, fail to specifically identify the materials to be produced, and seek information not genuinely relevant to the subject matter of this lawsuit. It is unknown what the plaintiff means by "copies" of harassment and discrimination classes, investigations, actions and claims. There are no documents that constitute classes, investigations, actions or claims. This case is about the plaintiff's alleged discriminatory and retaliatory transfer and alleged denial of a City automobile. Her production requests constitute nothing more than a fishing expedition on the eve of trial. The requests seek documents in no way related to the subject matter of this case, and not reasonably calculated to lead to the discovery of admissible evidence. For example, the plaintiff seeks materials regarding all claims of gender discrimination, harassment, and/or retaliation received from Town employees within the last five years. This request is in no way tailored to the facts of this case. It seeks information relating to individuals who have no involvement with this matter, and to claims unrelated to the plaintiff's. Similarly, the plaintiff's request regarding internal investigations is not reasonably tailored to the present matter. That request is not limited in its subject matter, and contemplates materials on a wide range of possible internal investigations that share no commonalties with the instant matter. Further, whether or not City officers and employees, who may or may have any involvement in this case, took classes on discrimination or harassment makes it no more likely that discrimination occurred in this particular case, and does not tend to lead to discovery of admissible information.

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Moreover, all of the requests are unduly burdensome in that they require the gathering, organizing and copying of vast amounts of materials and documents, including years of payroll records, contained in various locations; the subpoena allows only a limited opportunity to comply with these vague and overly burdensome requests, which is unreasonable.

Finally, the disclosure of employee personnel files are protected under state law and unless the employee authorizes the release of the personnel file, the defendants are prohibited from doing so without a court order. Compliance with this request would also constitute an invasion of the employees' privacy.

For the foregoing reasons, the plaintiff's subpoenas should be quashed.

```
THE DEFENDANTS
CITY OF MIDDLETOWN
J. EDWARD BRYMER
DOMENIQUE THORNTON


By_____
   James M. Sconzo of
   Fed. Bar # ct04571
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
```

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 1st day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

James S. Brewer, Esq.
Attorney Erin O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457

                                                                                              _____
                                                                                              James M. Sconzo

520921.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105