FILED

MAR 1  2 52 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO. |
|    PLAINTIFF | : | 301CV2205(PCD) |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF MIDDLETOWN, | : | |
| CHIEF OF POLICE, J. EDWARD BRYMER, | : | |
| AND DOMENIQUE S. THORTON, | : | |
|    DEFENDANTS | : | FEBURARY 27, 2004 |

## NOTICE OF COMPLIANCE WITH
## TRIAL MEMORANDUM PART A

The plaintiff hereby certifies that Part A of the Trial Memorandum has been submitted to the following counsel of record on this date: James Sconzo, Halloran & Sage; Trina Solecki, Corporation Counsel.

                                                                       THE PLAINTIFF
                                                                       LYNN BALDONI

BY: _____
                                                                       Erin I. O'Neil
                                                                       Brewer & O'Neil, LLC
                                                                       Federal Bar #ct 23073
                                                                       818 Farmington Avenue
                                                                       West Hartford, CT 06119
                                                                       (860) 523-4055

## Certification

The undersigned hereby certifies that the foregoing was sent regular mail to the following counsel of record on February 27, 2004:

James Sconzo
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

Trina Solecki
245 deKoven Drive
Middletown, CT 06457

_____
Erin I. O'Neil