# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV2205 (PCD) |
| VS. | : | |
| | : | |
| THE CITY OF MIDDLETOWN; | : | |
| J. EDWARD BRYMER; | : | |
| DOMENIQUE S. THORNTON; | : | |
|     Defendants | : | MARCH 2, 2004 |

## MOTION FOR RECONSIDERATION

Pursuant to D.Conn.L.Civ.R. 7(c), the Defendants hereby respectfully move this Court to reconsider its ruling dated February 26, 2004 granting Plaintiff's Motion for Leave to Amend Complaint. The ruling was issued before the Defendants had an opportunity to file an objection to the Plaintiff's Motion, which has since been filed. As more fully set forth in the accompanying Memorandum of Law, The Court should reconsider its ruling, and overrule the Plaintiff's Motion.

**ORAL ARGUMENT REQUESTED**

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

**HALLORAN**  
**& SAGE LLP**

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

THE DEFENDANTS
CITY OF MIDDLETOWN
J. EDWARD BRYMER
DOMENIQUE THORNTON


By_____
  James M. Sconzo of
  Fed. Bar # ct04571
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103


## **CERTIFICATION**

    This is to certify that on this 2nd day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

James S. Brewer, Esq.
Attorney Erin O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457


_____
James M. Sconzo

521771.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105