# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI; : | |
|     Plaintiff : | CIVIL ACTION NO. |
| : | 3:01CV2205 (PCD) |
| VS. : | |
| : | |
| THE CITY OF MIDDLETOWN; : | |
| J. EDWARD BRYMER; : | |
| DOMENIQUE S. THORNTON; : | |
|     Defendants : | MARCH 2, 2004 |

## MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION

    Pursuant to D.Conn.L.Civ.R. 7(c), the Defendants have moved this Court to reconsider its Ruling on Plaintiff's Motion for Leave to Amend Complaint dated February 26, 2004. That ruling granted the Plaintiff's motion, allowing her to amend her Complaint. However, the ruling was issued before the Defendants had an opportunity to file an objection, which has since been filed, on March 1, 2004. For the reasons stated in the Objection to Plaintiff's Motion for Leave to Amend Complaint attached hereto as Exhibit A, the Court should reconsider its ruling, and overrule the Plaintiff's Motion.

    The Defendants' objection was timely filed under the Local Rules. Plaintiff filed her Motion on February 19, 2003. Under Local Rule 7(a)(1), parties are allowed twenty-one (21) days after a motion is filed in which to file a memorandum in opposition. In the present case, the Court decided the Plaintiff's Motion well before twenty-one days had

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

elapsed.  As such, the Court should reconsider its decision, taking into account the persuasive arguments contained in the attached Objection.

>
> THE DEFENDANTS
> CITY OF MIDDLETOWN
> J. EDWARD BRYMER
> DOMENIQUE THORNTON
>
> By_____
>   James M. Sconzo of
>   Fed. Bar # ct04571
>   HALLORAN & SAGE LLP
>   One Goodwin Square
>   225 Asylum Street
>   Hartford, CT 06103

## **CERTIFICATION**

This is to certify that on this 2nd day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

James S. Brewer, Esq.
Attorney Erin O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457

_____
           James M. Sconzo

521773.1(HSFP)



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105