/cv/jysel (January 18, 2002)

HONORABLE **PCD**
DEPUTY CLERK **P. Villano**    RPTR/ERO/TAPE **Falcone**
TOTAL TIME: ___ hours ___ minutes

DATE **3/3/04**    START TIME **11:50a**    END TIME **5:10p**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Lynn Baldoni**          CIVIL NO. **3:01cv2205 (PCD)**          **James Brewer**
                                                                    Plaintiff's Counsel

vs.                                    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

**City of Middletown**                                              **James Sconzo**
                                                                    Defendant's Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ...... ☐ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____
☑ ...... ☑ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____
☐ ...... # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...... # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...... # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...... # ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ......                                          ☐ filed ☐ docketed
☐ ......                                          ☐ filed ☐ docketed
☐ ......                                          ☐ filed ☐ docketed
☐ ......                                          ☐ filed ☐ docketed
☑ ...... **90** # jurors present
☑ ...... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ...... Voir Dire by Court
☑ ...... Peremptory challenges exercised (See attached)
☑ ...... Jury of **10** drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☐ ...... Remaining jurors excused
☐ ...... Discovery deadline set for _____
☐ ...... Disposition Motions due _____
☐ ...... Joint trial memorandum due _____
☑ ...... Trial continued until **4/12/04** at **10:00**

**Court orders lunch for jury**

☑ COPY TO: JURY CLERK

**Judge's List**

Judge: PETER C. DORSEY  4-days
Event: 3:03CR246(PCD)
Description: USA V SAAD

Date: 3/3/04
Time: 8:58 AM

*3:01cv2205 Baldoni v. City of Middletown*  4/1/2

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100138437 | 01-0228 | COLE, JEANNETTE A — EAST HAVEN — DEPUTY DIR | J1 |
| 2 | 100160379 | 01-0261 | KIEVITS, NANCY B — NAUGATUCK — CUSTOMER SERVICE MGR | CP |
| 3 | 100078807 | 01-0280 | SWIDER, ROBERT E — OAKDALE — RETIRED | PP |
| 4 | 100158658 | 01-0219 | DIMAIO, ROBERT E — HAMDEN — OPTICIAN | CP |
| 5 | 100157409 | 01-0293 | CABRAL, SHAWN — DEEP RIVER — CHEMIST | CP |
| 6 | 100072414 | 01-0233 | SULLIVAN, SUSAN L — NORWICH — SECRETARY | CP |
| 7 | 100141566 | 01-0197 | PARADIS, GINA S — PROSPECT — PHARMACY TECH | CP |
| 8 | 100128753 | 01-0161 | SUPRANOVICH, CHERYLE R — NAUGATUCK — RISK ANALYST | CP |
| 9 | 100068127 | 01-0281 | FONTANEZ, ROSA I — LEDYARD — COURT INTERPRETER | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR246(PCD)**  
Description: **USA V SAAD**

Date: **3/3/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 10 | 100171399 | 01-0246 | **KAZMIRSKY, CYNTHIA A**<br>KILLINGWORTH | PROPERTY MGR  3/10-15 | CP |
| 11 | 100139664 | 01-0176 | **FREEMAN, WILLIAM M**<br>HAMDEN | TEACHER | CP |
| 12 | 100133771 | 01-0266 | **LUZZI, JEFFREY J**<br>MILFORD | PROJECT MGR | J2 ~~PP~~ |
| 13 | 100177686 | 01-0230 | **BUCKLEY, JAMES J**<br>WALLINGFORD | ENGINEER | PP |
| 14 | 100075193 | 01-0177 | **MCKAY, MICHAEL B**<br>NEW LONDON | TRAINING MGR | CP |
| 15 | 100173726 | 01-0163 | **SEGUI, RAMON J**<br>NEW HAVEN | GLASS INSTALLER | PD |
| 16 | 100172551 | 01-0202 | **BOYNTON, LANCE R**<br>WATERBURY | CHEMIST  3/7-11  3/15 | PP |
| 17 | 100144066 | 01-0204 | **MARTINO, CHRISTINE**<br>HAMDEN | | CP |
| 18 | 100153251 | 01-0269 | **DWYER, RICHARD T**<br>BRANFORD | BANKING | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR246(PCD)**  
Description: **USA V SAAD**

Date: **3/3/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100159119 | 01-0190 | **FARRINGTON, DENNIS C**<br>SEYMOUR<br>AUTO MECHANIC | J3 |
| ~~20~~ | 100136416 | 01-0188 | **BUSCH, MARY-KELLY** out 4/9-18<br>CLINTON<br>WRITER | CP |
| ~~21~~ | 100130705 | 01-0160 | **COSSIO-BAKER, JULIANA G**<br>MERIDEN<br>SOCIAL WORKER | CP |
| 22 | 100174622 | 01-0231 | **KOSTICK, ROBERT W**<br>WALLINGFORD<br>COMPUTER TECH | J4 |
| ~~23~~ | 100145483 | 01-0168 | **LAPIERRE, GORMAN** Brenda   wk of 3/23<br>GUILFORD | CP |
| 24 | 100069358 | 01-0238 | **RADACK, JAMES P**<br>WATERFORD<br>LOCKSMITH | J5 |
| ~~25~~ | 100139819 | 01-0250 | **CHERNAK, ANDREW C**<br>WOLCOTT<br>RETAIL SALES | CP (4/5) |
| ~~26~~ | 100167193 | 01-0174 | **CHEVETT, WILLIAM E**<br>MILFORD<br>JIG BUILDER | CP |
| ~~27~~ | 100144673 | 01-0157 | **LANE, MOLLIE L**<br>MIDDLETOWN<br>CUSTODIAN | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100077672 | 01-0283 | CLEMENTS JR, EARL B — VOLUNTOWN — DECK HAND | | PP |
| 29 | 100078450 | 01-0217 | KUNG, DANIEL W — SALEM — SCIENTIST | | J6 |
| 30 | 100073624 | 01-0215 | REGAN, JOSEPH MARTIN — STONINGTON — TRUCK DRIVER | | CP |
| 31 | 100170018 | 01-0198 | WHARTON, PAULA E — WATERBURY — CONTROLLER | −4/12 | CP |
| 32 | 100068081 | 01-0221 | MUNGER, SCOTT H — NIANTIC — CONTRACT LINEMAN | 4/9 − 18 vac | CP |
| 33 | 100148852 | 01-0276 | LOHR, DENISE A — CHESHIRE — STAFFING COORDINATOR | 3/8   3/26  vac wk 4/12 | CP |
| 34 | 100178533 | 01-0191 | COX, LOUIS A — NEW HAVEN — DELIVERY PERSON | 3/30 − 4/12 vac  3/22 | CP ← |
| 35 | 100153863 | 01-0218 | GROHS, KENNETH E — BEACON FALLS — JUDICIAL MARSHAL | | PP |
| 36 | 100075232 | 01-0262 | GALLIGAN, KRISTIN M — TAFTVILLE — INVESTIAGTOR | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR246(PCD)**  
Description: **USA V SAAD**

Date: **3/3/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~37~~ | 100080284 | 01-0267 | **MCNEIL, MARK N** <br> LEDYARD <br> HEAVY EQUIP OPERATOR | | CP (4/5) |
| 38 | 100147754 | 01-0151 | **SALKINS, JAMES D** <br> NEW HAVEN <br> RESPIRATORY THERAPST | | J7 |
| ~~39~~ | 100143990 | 01-0223 | **MABINE, BRENDA P** <br> MIDDLETOWN <br> H.R. ASSOC | | PD |
| ~~40~~ | 100167052 | 01-0242 | **SULLIVAN, CHRISTOPHER L** <br> WALLINGFORD <br> LANDSCAPER | | CP |
| 41 | 100080045 | 01-0167 | **GILDAY, BRIAN P** <br> WATERFORD <br> AREA SUPERINTENDENT | | J8 |
| 42 | 100068488 | 01-0258 | **HANSON, SCOTT E** <br> NIANTIC <br> ASST MGR | 3/18 - 4/1 vac. | J9 |
| ~~43~~ | 100177041 | 01-0205 | **WILLIAMS, GERTRUDE** <br> ANSONIA <br> HOUSEWIFE | | CP |
| ~~44~~ | 100079329 | 01-0192 | **BECKER, CAROLINE C** <br> NEW LONDON <br> STORE MGR | | PD |
| ~~45~~ | 100172188 | 01-0227 | **COCCHIARO, MICHAEL** <br> CHESHIRE <br> FLOOR COVERING | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**
Event: **3:03CR246(PCD)**
Description: **USA V SAAD**

Date: **3/3/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~46~~ | 100126923 | 01-0249 | GRANT, JEREMY S<br>MILFORD | DIETARY AIDE | CP |
| ~~47~~ | 100085932 | 01-0173 | DEFRANZO, ARLEEN M<br>MILFORD | PARALEGAL   vac 4/7-18 | CP |
| 48 | 100179081 | 01-0248 | LAFORME, JOHN M<br>WATERBURY | CUSTODIAN | J10 |
| ~~49~~ | 100174175 | 01-0166 | IVES, GREGORY H<br>WALLINGFORD | SALES MGR   4/19-25 | CP |
| 50 | 100172866 | 01-0172 | FERNANDEZ, JOSE L<br>WALLINGFORD | OPERATIONS MGR | |
| 51 | 100073800 | 01-0285 | MCNULTY-HENNESEY, PAMELA ANN<br>WATERFORD | 3/11-30   4/13 | |
| 52 | 100135603 | 01-0150 | JOYNER, LISA<br>NEW HAVEN | BUSINESS ADMIN | |
| ~~53~~ | 100144566 | 01-0286 | SPIEGEL, DEBRA A<br>NEW HAVEN | R.N. | CP |
| 54 | 100158303 | 01-0179 | RAPINI, ALLEN THOMAS<br>HAMDEN | IT SUPPORT   3/18-25 | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR246(PCD)**  
Description: **USA V SAAD**

Date: **3/3/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 55 | 100171814 | 01-0169 | **MASTRANGELO, CAROL** CAFETERIA SUP  MILFORD | | |
| 56 | 100153147 | 01-0241 | **CALVERT, MELISSA** LOCKSMITH  DERBY | | |
| 57 | 100135821 | 01-0278 | **HARRINGTON, MARTHA B** SECRETARY/RECEIPTION  EAST HADDAM | | |
| 58 | 100141282 | 01-0199 | **CAREY, JOHN A** RETIRED  WATERFORD | | |
| 59 | 100135861 | 01-0298 | **MANESS, KATHLEEN M** DIR OF OPERATIONS  WATERBURY | | |
| 60 | 100132971 | 01-0245 | **GUTH, TERRENCE W** PROFESSIONAL  MILFORD | 3/05-08 vac  4/8-22 vac | |
| 61 | 100074932 | 01-0282 | **GRAY, JACQUELINE**  SALEM | -3/10 | |
| 62 | 100166202 | 01-0182 | **HENDERSON, DEIDRE** SOCIAL WORKER  NEW HAVEN | 3/18-21 out | |
| 63 | 100076756 | 01-0244 | **JOHNSON, ELSIE B**  NORWICH | | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  
Event: **3:03CR246(PCD)**  
Description: **USA V SAAD**

Date: **3/3/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 64 | 100150799 | 01-0222 | LANZIERO, LAURA J<br>WEST HAVEN — TRANSCRIPTIONIST | | |
| 65 | 100145361 | 01-0211 | DIAS, LOIS B<br>WALLINGFORD — RETIRED | | |
| 66 | 100153492 | 01-0272 | PAWLYK, MICHAEL A<br>ANSONIA — ELECTRICAL ENGINEER | | |
| 67 | 100079002 | 01-0264 | SANDERS, CHERYL A<br>QUAKER HILL — BANK TELLER | 3/9-8X yuc | |
| 68 | 100079708 | 01-0185 | ALLEN JR, JOSEPH J<br>GROTON — DESIGNER | 3/10-90 out | |
| 69 | 100140453 | 01-0194 | MULHALL, SEAN V<br>NAUGATUCK — RN | | |
| 70 | 100141074 | 01-0184 | DRAKE, DAVID A<br>HIGGANUM — CARPENTER | | CP |
| 71 | 100155414 | 01-0209 | ROSA, ANNEMARIE<br>ROCKFALL — OFFICE MGR | | |
| 72 | 100076051 | 01-0155 | BAINE, CHARLES A<br>NORWICH — FARM WORKER | | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR246(PCD)**  
Description: **USA V SAAD**

Date: **3/3/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 73 | 100134750 WEST HAVEN | 01-0265 | **VERGONI, LINDA L** RETIRED | 3/25+26, 4/15-22 vac | |
| 74 | 100155302 EAST HAVEN | 01-0162 | **LINDBERG, LORRAINE A** DOOR GREETER | | |
| 75 | 100165012 MIDDLETOWN | 01-0206 | **SIMON, CATHERINE L** R.N. | | |
| 76 | 100152955 CROMWELL | 01-0274 | **KELLEHER, THOMAS** BIOSTATISTIAN | 3/14-19 4/12-4/23 vac | |
| 77 | 100171971 CLINTON | 01-0251 | **BAIMA, LORI A** SCIENTIST | | |
| 78 | 100171295 MILFORD | 01-0214 | **MAGURA, MICHAEL A** SALES | 3/19, 20 & 21 | |
| 79 | 100171441 MERIDEN | 01-0299 | **DICROSTA, MARK C** FORKLIFT ENGINEER | 4/15-4/23 | |
| 80 | 100151462 MERIDEN | 01-0294 | **BOSSIDY, TRAVIS R** INDUST ENG. | | |
| 81 | 100076658 GROTON | 01-0175 | **HOLMES, MICHAEL S** SECURITY OFCR | | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  
Event: **3:03CR246(PCD)**  
Description: **USA V SAAD**

Date: **3/3/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 82 | 100068180 | 01-0153 | **VYMOLA, GREG W**  3/16, 3/25 & 26<br>EAST LYME  REAL ESTATE INVESTOR | |
| 83 | 100139433 | 01-0271 | **BAXTER, BARBARA K**<br>WATERBURY  UNEMPLOYED | |
| 84 | 100142658 | 01-0154 | **LARRY, ANTHONY J**  3/19, 22 & 23<br>WALLINGFORD  TELECOMM TECH | |
| 85 | 100148043 | 01-0275 | **LINKOV, JOSHUA E**  4/8 - 4/12 travel<br>MADISON  ARCHITECTURE | |
| 86 | 100150540 | 01-0290 | **CLARK, CARRIE L**  vac. 3/26 - 4/1<br>GUILFORD  ADMIN ASST | |
| 87 | 100175423 | 01-0284 | **TRIMARCHI, ARLENE M**<br>DERBY  SALES REPRESENTATIVE | |
| 88 | 100175343 | 01-0193 | **ANDERSON, ERIK M**<br>WATERBURY  SELF EMPLOYED | |
| 89 | 100069765 | 01-0240 | **MINER, HELEN V**  4/14<br>LEBANON | |
| 90 | 100168548 | 01-0207 | **LEGENHAUSEN, MILLIE C**<br>HAMDEN  REALESTATE | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CASE NO.

CIVIL CALENDAR

Counsel for Plaintiff(s)   Counsel for Defendant(s)