United States District Court
District of Connecticut
FILED AT    NEW HAVEN
March 3 2004
Kevin F. Rowe, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI, | : CIVIL ACTION NO. |
| PLAINTIFF | : 301CV2205(PCD) |
| | : |
| v. | : |
| | : |
| THE CITY OF MIDDLETOWN, | : |
| CHIEF OF POLICE, J. EDWARD BRYMER, | : |
| AND DOMENIQUE S. THORTON, | : |
| DEFENDANTS | : March 2, 2004 |

## PROPOSED VOIR DIRE QUESTIONS

1. Are any of your relatives or close friends police officers and if so will you have difficulty being fair and impartial when listening and making a determination of the facts in this case?

2. If a plaintiff proves a violation of his civil right, do you believe that there should be a limit on the amount of money damages he is entitled to?

3. Do you have a problem awarding money damages for mental or emotional harm?

4. Do you believe that a female would be a good police chief?

5. Do you believe that a female would be a good supervisor of male police officers?

6. Has anyone here, or a family member ever complained or had reason to complain about a police officer and their investigation? If so, would that affect your ability to be fair in this case?

7. Do you know any of the following people:
    (a) Chief George Aylward, Middletown Police Department
    (b) Captain Christopher Barrow, Middletown Police Department
    (c) Captain Mike Custer, Middletown Police Department
    (d) Captain Lang, Middletown Police Department
    (e) Deputy Chief Phil Pessina, Middletown Police Department
    (f) Chief J. Edward Brymer, Middletown Police Department
    (g) Lt. David Gervais, Middletown Police Department
    (h) Chief's Secretary Rosa Perichi, Middletown Police Department
    (i) Officer Robert Tremblay, Middletown Police Department
    (j) Domenique Thorton

6. Have you ever filed a lawsuit?

7. Ever been arrested? If so, would that affect your ability to be fair in this case?

8. Ever been harassed by the police? If so, would that affect your ability to be fair in this case?

9. Can a police officer be a target of retaliation by own department?

10. Do you watch police and crime shows on TV?

11. What do you watch on TV?

12. Do you read books? What kinds?

13. Have you ever been in the military? If so, would that affect your ability to be fair in this case?

14. Have you ever sat on a jury?

15. Do you watch the news? Read the newspaper? What paper?

                                              THE PLAINTIFF
                                              LYNN BALDONI

                                              BY: _____
                                                   Erin I. O'Neil
                                                   Brewer & O'Neil
                                                   Federal Bar #ct 23073
                                                   818 Farmington Avenue
                                                   West Hartford, CT 06119
                                                   (860)523-4055

## **CERTIFICATION**

This is to certify that the foregoing was mailed postage prepaid to all counsel and pro se parties of record on March 2, 2004:

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Trina Solecki, Esq.
City Attorney
City of Middletown
P O Box 1300
245 DeKoven Street
Middetown, CT 06457

_____
Erin I. O'Neil