UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO: |
|     PLAINTIFF | : | 3:01 CV2205(PCD) |
| v. | : | |
| THE CITY OF MIDDLETOWN, CHIEF OF POLICE, J. EDWARD BRYMER, AND DOMENIQUE S. THORNTON, | : : : : | |
| | : | MARCH 5, 2004 |
|     DEFENDANTS. | | |

## NOTICE OF DEFENDANTS' COMPLIANCE WITH SECTION B OF TRIAL PREPARATION ORDER

Notice is hereby given that on the 5th day of March, 2004, the defendants served upon plaintiff's counsel their compliance with Section B of this Court's Trial Preparation Order.

            THE DEFENDANTS
            CITY OF MIDDLETOWN
            J. EDWARD BRYMER
            DOMENIQUE THORNTON

            By_____
            James M. Sconzo of
            Fed. Bar # ct04571
            HALLORAN & SAGE LLP
            One Goodwin Square
            225 Asylum Street
            Hartford, CT 06103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 5th day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

James S. Brewer, Esq.
Attorney Erin O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457

                                                          _____
                                                          James M. Sconzo

522985.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105