**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01 CV2205 (PCD) |
| | : | |
| VS. | : | |
| | : | |
| THE CITY OF MIDDLETOWN, J. EDWARD BRYMER and DOMENIQUE S. THORNTON | : | MARCH 12, 2004 |
| | : | |
|     Defendants. | | |

## **APPEARANCE**

Enter my Appearance as Attorney for all defendants in the above-entitled case.

Dated at Hartford, Connecticut this 12th day of March, 2004.

 

THE DEFENDANTS:
CITY OF MIDDLETOWN, J. EDWARD
BRYMER, AND DOMENIQUE S.
THORNTON

By_____
    Jonathan C. Sterling
    Fed. Bar # ct24576
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

    This is to certify that on this 12th day of March, 2004, I hereby mailed a copy of the foregoing to:

Attorney Erin I. O'Neil
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457

 

_____
Jonathan C. Sterling

526446.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105