**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01 CV2205 (PCD) |
| | : | |
| VS. | : | |
| | : | |
| THE CITY OF MIDDLETOWN, J. EDWARD BRYMER and DOMENIQUE S. THORNTON | : | MARCH 12, 2004 |
| | : | |
|     Defendants. | | |

## MOTION TO EXTEND DEADLINE TO COMPLY WITH COURT'S AMENDED TRIAL PREPARATION ORDER

Pursuant to D.Conn. L. Civ. R. 7(b), the defendants respectfully request a seven (7) day extension of time - - up to and until March 22, 2004 - - in order to comply with Section C of the Court's Amended Trail Preparation Order.

This is the first request pertaining to this deadline.

The reason for this request is that defense counsel has been diligently compiling the various materials, including proposed jury charges and interrogatories, and requires an additional week to adequately comply. Trial is not scheduled to begin in this matter until April 12, 2004, and thus the plaintiff will not be prejudiced by this extension. Section C compliance will be made well in advance of trial.

The undersigned counsel has contacted plaintiff's attorney, Erin O'Neil, and she does not object to this Motion. Attorney O'Neil also indicated that she will be filing a similar motion shortly.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
CITY OF MIDDLETOWN, J. EDWARD BRYMER, AND DOMENIQUE S. THORNTON

By_____
James M. Sconzo
Fed. Bar # ct 04571 and
Jonathan C. Sterling
Fed. Bar # ct24576
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 12th day of March, 2004, I hereby mailed a copy of the foregoing to:

Attorney Erin I. O'Neil
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457

_____
Jonathan C. Sterling

526381.1(HSFP)

- 2 –



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105