UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LYNN BALDONI

   -vs-                            Civil No. 3:01 cv 2205 (PCD)

CITY OF MIDDLETOWN, ET ALS

## ENDORSEMENT ORDER

      Pursuant to telephone conversation between defendants' counsel and the courtroom deputy, the motion for extension of time until March 22, 2004 (Doc. #54) to comply with Section C of the Court's Amended Trial Preparation Order is hereby GRANTED.

    SO ORDERED.

    Dated at New Haven, Connecticut, March 16, 2004.

                                  /s/_____
                                      Peter C. Dorsey, Senior
                                      United States District Judge