UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO: |
|     PLAINTIFF | : | 3:01 CV2205(PCD) |
| v. | : | |
| THE CITY OF MIDDLETOWN, CHIEF OF POLICE, J. EDWARD BRYMER, AND DOMENIQUE S. THORNTON, | : : : : | |
| | : | MARCH 23, 2004 |
|     DEFENDANTS. | | |

## NOTICE OF DEFENDANTS' COMPLIANCE WITH SECTION C OF TRIAL PREPARATION ORDER

Notice is hereby given that on the 23rd day of March, 2004, the defendants served upon the Court and plaintiff's counsel their compliance with Section C of this Court's Trial Preparation Order.

                                              THE DEFENDANTS
                                              CITY OF MIDDLETOWN
                                              J. EDWARD BRYMER
                                              DOMENIQUE THORNTON

                                              By_____
                                               James M. Sconzo of
                                               Fed. Bar # ct04571
                                               HALLORAN & SAGE LLP
                                               One Goodwin Square
                                               225 Asylum Street
                                               Hartford, CT 06103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

    This is to certify that on this 23rd day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

James S. Brewer, Esq.
Attorney Erin O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457

    _____
    James M. Sconzo

529514.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105