UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO: |
| PLAINTIFF | : | 3:01 CV2205(PCD) |
| | | |
| v. | : | |
| | | |
| THE CITY OF MIDDLETOWN, | : | |
| CHIEF OF POLICE, J. EDWARD | : | |
| BRYMER, AND DOMENIQUE S. | : | |
| THORNTON, | : | |
| DEFENDANTS. | : | MARCH 23, 2004 |

## DEFENDANTS' PROPOSED JURY INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 51, the defendants, City of

Middletown, J. Edward Brymer and Domenique Thornton, submit the following requests

for jury interrogatories.  The defendants reserve the right to supplement, modify and/or

withdraw these requested interrogatories.

1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**PROPOSED JURY INTERROGATORY NO. ONE: TITLE VII, CFEPA AND EQUAL
PROTECTION GENDER DISCRIMINATION.[1]**

1.    Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair
preponderance the evidence, that she suffered an adverse employment action while
employed by the defendant City of Middletown?

Answer Yes or No          _____

1A.    If you answered yes, please list those "adverse" employment actions you
found:

_____

_____

_____

*(If your answer to Interrogatory 1 is No, you have completed your deliberations.  You
must return a defendant's Verdict.  The foreperson must sign at the end of these
interrogatories.  If your answer to Interrogatory 1 is Yes, please proceed to Interrogatory
2.)*

2.    Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair
preponderance the evidence, that as to each defendant, the adverse employment action
occurred under circumstances giving rise to an inference of discrimination on the basis
of her gender?

Answer Yes or No          _____

---

[1] See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802 (1973).

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*(If your answer to Interrogatory 2 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories. If your answer to Interrogatory 2 is Yes, please proceed to Interrogatory 3.)*

3.      Do you find that, as to each defendant, the defendant has proffered a legitimate, non-retaliatory reason for the adverse employment action?

            Answer Yes or No            _____

*(If your answer to Interrogatory 3 is No, then please proceed to interrogatory 6. If your answer to Interrogatory 3 is Yes, please proceed to Interrogatory 4.)*

4.      Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance of the evidence, that, as to each defendant, a discriminatory reason more likely motivated the defendant in undertaking the adverse employment action than the legitimate, non-discriminatory reason offered by the defendant?

            Answer Yes or No            _____

*(If your answer to Interrogatory 4 is Yes, please proceed to Interrogatory 5. If your answer to Interrogatory 4 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories.)*

5.      Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance of the evidence, that, as to each defendant, the defendant's proffered explanation for the plaintiff's adverse employment action is unworthy of credence?

            Answer Yes or No            _____

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*(If your answer to Interrogatory 5 is Yes, please proceed to Interrogatory 6. If your answer to Interrogatory 5 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories.)*

6.    What damages do you find the plaintiff, Lynn Baldoni, proved, by a fair preponderance of the evidence, were proximately caused by the adverse employment actions in question?

| | |
|---|---|
| Lost Wages | $_____ |
| Lost Benefits | + $_____ |
| Emotional distress damages | + $_____ |
| AMOUNT OF TOTAL DAMAGES | = $_____ |

7.    Do you find that the plaintiff, Lynn Baldoni, failed to properly mitigate any of her damages?

Answer Yes or No        _____

8.    If your answer to interrogatory 7 was yes, reduce the amount of your award for each injury in which she failed to properly mitigate her damages.

| | |
|---|---|
| AMOUNT OF TOTAL DAMAGES (From Interrogatory 6) | $_____ |
| Amount of Reduction | $_____ |
| TOTAL REDUCED DAMAGES | $_____ |

4

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

_____

Foreperson*


_____

Date


*The foreperson should fill in the date and sign the verdict form in ink.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**PROPOSED JURY INTERROGATORY NO. TWO: TITLE VII RETALIATION.[2]**

1.      Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance the evidence, that she suffered an adverse employment action while employed by the defendant City of Middletown?

                Answer Yes or No          _____


1A.     If you answered yes, please list those "adverse" employment actions you found:

_____

_____

_____

*(If your answer to Interrogatory 1 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories. If your answer to Interrogatory 1 is Yes, please proceed to Interrogatory 2.)*


       2.      Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance the evidence, that, as to each defendant, the adverse employment action occurred under circumstances giving rise to an inference of retaliation on the basis of her complaints of sexual harassment?

                Answer Yes or No          _____

_____

[2] See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802 (1973); Terry v. Ashcroft, 336 F.3d 128, 141 (2d Cir. 2003)(applying McDonnell Douglas framework to Title VII retaliation claims.)

6

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*(If your answer to Interrogatory 2 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.  If your answer to Interrogatory 2 is Yes, please proceed to Interrogatory 3.)*

3.	Do you find that, as to each defendant, the defendant has proffered a legitimate, non-retaliatory reason for the adverse employment action?

		Answer Yes or No	_____

*(If your answer to Interrogatory 3 is No, then please proceed to interrogatory 6.  If your answer to Interrogatory 3 is Yes, please proceed to Interrogatory 4.)*

4.	Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance of the evidence, that, as to each defendant, a retaliatory reason more likely motivated the defendant in undertaking the adverse employment action than the legitimate, non-retaliatory reason offered by the defendant?

		Answer Yes or No	_____

*(If your answer to Interrogatory 4 is Yes, please proceed to Interrogatory 5.  If your answer to Interrogatory 4 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

5.	Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance of the evidence, that, as to each defendant, the defendant's proffered explanation for the plaintiff's adverse employment action is unworthy of credence?

		Answer Yes or No	_____

7

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*(If your answer to Interrogatory 5 is Yes, please proceed to Interrogatory 6. If your answer to Interrogatory 5 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories.)*

6.    What damages do you find the plaintiff, Lynn Baldoni, proved, by a fair preponderance of the evidence, were proximately caused by the adverse employment actions in question?

Lost Wages                                    $_____

Lost Benefits                             + $_____

Punitive Damages                     + $_____

Emotional distress damages      + $_____


AMOUNT OF TOTAL DAMAGES      = $_____


7.    Do you find that the plaintiff, Lynn Baldoni, failed to properly mitigate any of her damages?


Answer Yes or No           _____


8.    If your answer to interrogatory 7 was yes, reduce the amount of your award for each injury in which she failed to properly mitigate her damages.

AMOUNT OF TOTAL DAMAGES          $_____
 (From Interrogatory 6)

Amount of Reduction                      $_____

8

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

TOTAL REDUCED DAMAGES          $_____


_____
                                 Foreperson*


_____
                                 Date


*The foreperson should fill in the date and sign the verdict form in ink.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**PROPOSED JURY INTERROGATORY NO. THREE: FIRST AMENDMENT RETALIATION.[3]**

      1.     Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance the evidence, that she exercised protected speech regarding a matter of public concern?

                  Answer Yes or No     _____

*(If your answer to Interrogatory 1 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.  If your answer to Interrogatory 1 is Yes, please proceed to Interrogatory 2.)*

      2.     Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance the evidence, that she suffered an adverse employment action while employed by the defendant City of Middletown?

                  Answer Yes or No     _____

      2A.    If you answered yes, please list those "adverse" employment actions you found:

_____

_____

---

[3] See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802 (1973); Terry v. Ashcroft, 336 F.3d 128, 141 (2d Cir. 2003)(applying McDonnell Douglas framework to Title VII retaliation claims.)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

_____

*(If your answer to Interrogatory 2 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories. If your answer to Interrogatory 2 is Yes, please proceed to Interrogatory 3.)*

3.     Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance the evidence, that, as to each defendant, the adverse employment action occurred under circumstances giving rise to an inference of retaliation on the basis of her complaints of sexual harassment?

Answer Yes or No     _____

*(If your answer to Interrogatory 3 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories. If your answer to Interrogatory 3 is Yes, please proceed to Interrogatory 4.)*

4.     Do you find that, as to each defendant, the defendant has proffered a legitimate, non-retaliatory reason for the adverse employment action?

Answer Yes or No     _____

*(If your answer to Interrogatory 4 is No, then please proceed to interrogatory 7. If your answer to Interrogatory 4 is Yes, please proceed to Interrogatory 5.)*

5.     Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance of the evidence, that, as to each defendant, a retaliatory reason more likely motivated the defendant in undertaking the adverse employment action than the legitimate, non-retaliatory reason offered by the defendant?

11

Answer Yes or No          _____

*(If your answer to Interrogatory 5 is Yes, please proceed to Interrogatory 6. If your answer to Interrogatory 5 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories.)*

6.     Do you find that the plaintiff, Lynn Baldoni, has proven, by a fair preponderance of the evidence, that, as to each defendant, the defendant's proffered explanation for the plaintiff's adverse employment action is unworthy of credence?

Answer Yes or No          _____

*(If your answer to Interrogatory 6 is Yes, please proceed to Interrogatory 7. If your answer to Interrogatory 6 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories.)*

7.     What damages do you find the plaintiff, Lynn Baldoni, proved, by a fair preponderance of the evidence, were proximately caused by the adverse employment actions in question?

Lost Wages                     $_____

Lost Benefits                 + $_____

Emotional distress damages    + $_____


AMOUNT OF TOTAL DAMAGES       = $_____

12

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

8.    Do you find that the plaintiff, Lynn Baldoni, failed to properly mitigate any of her damages?

Answer Yes or No                _____

9.    If your answer to interrogatory 8 was yes, reduce the amount of your award for each injury in which she failed to properly mitigate her damages.

AMOUNT OF TOTAL DAMAGES        $_____
 (From Interrogatory 6)

Amount of Reduction            $_____

TOTAL REDUCED DAMAGES          $_____

_____
Foreperson*

_____
Date

*The foreperson should fill in the date and sign the verdict form in ink.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**PROPOSED JURY INTERROGATORY NO. FOUR: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.[4]**

      1.      We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that defendant intended to inflict emotional distress or knew, or should have known, that emotional distress was the likely result of his or her conduct;

                    Answer Yes or No        _____

*(If your answer to Interrogatory 1 is Yes, please proceed to Interrogatory 2.  If your answer to Interrogatory 1 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

      2.      We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that defendant's conduct was extreme and outrageous;

                    Answer Yes or No        _____

*(If your answer to Interrogatory 2 is Yes, please proceed to Interrogatory 3.  If your answer to Interrogatory 2 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

      3.      We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that defendant's conduct was a proximate cause of emotional distress suffered by the plaintiff;

                    Answer Yes or No        _____

---

[4] See Petyan v. Ellis, 200 Conn. 243, 253 (1986).

14

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*(If your answer to Interrogatory 3 is Yes, please proceed to Interrogatory 4. If your answer to Interrogatory 3 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories.)*

4.    We find that the plaintiff has proven by a preponderance of the evidence that the emotional distress sustained by the plaintiff was severe.

Answer Yes or No    _____

*(If your answer to Interrogatory 4 is Yes, please proceed to Interrogatory 5. If your answer to Interrogatory 4 is No, you have completed your deliberations. You must return a defendant's Verdict. The foreperson must sign at the end of these interrogatories.)*

5.    What damages do you find the plaintiff, Lynn Baldoni, proved, by a fair preponderance of the evidence, were proximately caused by the defendant's extreme and outrageous conduct?

Emotional distress damages    + $_____

AMOUNT OF TOTAL DAMAGES    = $_____

6.    Do you find that the plaintiff, Lynn Baldoni, failed to properly mitigate any of her damages?

Answer Yes or No    _____

15

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

7.     If your answer to interrogatory 6 was yes, reduce the amount of your award for each injury in which she failed to properly mitigate her damages.

AMOUNT OF TOTAL DAMAGES        $_____
 (From Interrogatory 3)

Amount of Reduction        $_____

TOTAL REDUCED DAMAGES        $_____

_____
Foreperson*

_____
Date

*The foreperson should fill in the date and sign the verdict form in ink.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**PROPOSED JURY INTERROGATORY NO. FIVE: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.[5]**

1.    We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that should have realized that their conduct involved an unreasonable risk of causing her emotional distress;

Answer Yes or No    _____

*(If your answer to Interrogatory 1 is Yes, please proceed to Interrogatory 2.  If your answer to Interrogatory 1 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

2.    We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that defendant's conduct, in view of all the circumstances, was unreasonable;

Answer Yes or No    _____

*(If your answer to Interrogatory 2 is Yes, please proceed to Interrogatory 3.  If your answer to Interrogatory 2 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

3.    We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that defendant's conduct occurred during the process of terminating the plaintiff's employment;

---

[5] See Collins v. Gulf Oil Corp., 605 F. Supp. 1519,1523 (D. Conn. 1985); Parsons v. United Technologies Corp., 243 Conn. 66, 88-89 (1997); Montinieri v. Southern New England Telephone Co., 175 Conn. 337, 341 (1978); Perodeau v. City of Hartford, 259 Conn. 729, 792 A.2d 752 (2002).

17

One Goodwin Square
225 Asylum Street
Hartford, CT 06103



Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Answer Yes or No          _____

*(If your answer to Interrogatory 3 is Yes, please proceed to Interrogatory 4.  If your answer to Interrogatory 3 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

4.      We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that, from the facts known to the defendant, they should have realized that the distress, if proved, might result in illness or bodily harm;

Answer Yes or No          _____

*(If your answer to Interrogatory 4 is Yes, please proceed to Interrogatory 5.  If your answer to Interrogatory 4 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

5.      We find that the plaintiff has proven by a preponderance of the evidence that, as to each defendant, that defendant's conduct was a proximate cause of emotional distress suffered by the plaintiff;

Answer Yes or No          _____

*(If your answer to Interrogatory 5 is Yes, please proceed to Interrogatory 6.  If your answer to Interrogatory 5 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

6.      We find that the plaintiff has proven by a preponderance of the evidence that the emotional distress sustained by the plaintiff was severe.

18

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Answer Yes or No          _____

*(If your answer to Interrogatory 6 is Yes, please proceed to Interrogatory 7.  If your answer to Interrogatory 6 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

7.      We find that the defendants have proven by a  preponderance of the evidence that the plaintiff was himself negligent and that it was the plaintiff's negligence that was the proximate cause for his claimed injuries or damages.

Answer Yes or No          _____

*(If your answer to Interrogatory 7 is Yes, please proceed to Interrogatory 8.  If your answer to Interrogatory 7 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

8.      Do you find that the plaintiff was more than 50% negligent?

Answer Yes or No          _____

*(If your answer to Interrogatory 8 is Yes, please proceed to Interrogatory 9.  If your answer to Interrogatory 8 is No, you have completed your deliberations.  You must return a defendant's Verdict.  The foreperson must sign at the end of these interrogatories.)*

9.      What damages do you find the plaintiff, Lynn Baldoni, proved, by a fair preponderance of the evidence, were proximately caused by the defendant's extreme and outrageous conduct?

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Emotional distress damages          + $_____

AMOUNT OF TOTAL DAMAGES       = $_____

10.     Do you find that the plaintiff, Lynn Baldoni, failed to properly mitigate any of her damages?

Answer Yes or No          _____

11.     If your answer to interrogatory 10 was yes, reduce the amount of your award for each injury in which she failed to properly mitigate her damages.

AMOUNT OF TOTAL DAMAGES       $_____
 (From Interrogatory 3)

Amount of Reduction          $_____

TOTAL REDUCED DAMAGES        $_____


_____
                    Foreperson*


_____
                    Date

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*The foreperson should fill in the date and sign the verdict form in ink.

THE DEFENDANTS
CITY OF MIDDLETOWN
J. EDWARD BRYMER
DOMENIQUE THORNTON

By_____
        James M. Sconzo of
        Fed. Bar # ct04571
        HALLORAN & SAGE LLP
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103

## CERTIFICATION

        This is to certify that on this 23rd day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

James S. Brewer, Esq.
Attorney Erin O'Neil
818 Farmington Avenue
West Hartford, CT  06119

Trina Solecki, Esq.
City Attorney
P.O. Box 1300
Middletown, CT  06457

                                    _____
                                    James M. Sconzo

529516.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105