CR/cvlhrg (January 10, 2002)

HONORABLE **PCD**
DEPUTY CLERK **P Villano**    RPTR/TAPE **Falcone**

TOTAL TIME: ___ hours ___ minutes

DATE **3/26/03**    START TIME **1:55p**    END TIME **2:05p**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (If more than 1/2 hour)

**Baldoni**

vs.

**City of Middletown**

CIVIL NO. **3:01cv2205**

**James Brewer**
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**James Sconzo**
Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing  ☐ (confmhrg.) Confirmation Hearing  ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing  ☐ (jgmtbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing  ☐ (fairhrg.) Fairness Hearing  ☑ (stlhrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | # | Motion ___ | granted | denied | advisement |
|---|---|---|---|---|---|
| | # | Motion ___ | granted | denied | advisement |
| | # | Motion ___ | granted | denied | advisement |
| | # | Motion ___ | granted | denied | advisement |
| | # | Motion ___ | granted | denied | advisement |
| | # | Motion ___ | granted | denied | advisement |
| | # | Motion ___ | granted | denied | advisement |
| | | Oral Motion ___ | granted | denied | advisement |
| | | Oral Motion ___ | granted | denied | advisement |
| | | Oral Motion ___ | granted | denied | advisement |
| | | Oral Motion ___ | granted | denied | advisement |

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

☐ filed ☐ docketed (×10)

☐ Hearing continued until ___ at ___