UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 4  4 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

LYNN BALDONI

v.                                  CIVIL NO. 3:01 cv 2205 (PCD)

THE CITY OF MIDDLETOWN, J. EDWARD
BRYMER AND DOMENIQUE S. THORNTON

### JUDGMENT

This action came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge for a settlement conference. On April 29, 2004, the Court entered a Consent Order, entering judgment for the plaintiff pursuant to the terms and conditions of the Consent Order.

It is therefore **ORDERED** and **ADJUDGED** that judgment is entered for the plaintiff in accordance with the terms and conditions of the Consent Order.

Dated at New Haven, Connecticut this 4th day of May, 2004.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 5/5/04