UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lynn BALDONI : <br>     Plaintiff, : <br> : <br> vs. : <br> : <br> THE CITY OF MIDDLETOWN, : <br> CHIEF OF POLICE J. EDWARD : <br> BRYMER, AND DOMENIQUE S. : <br> THORNTON : <br>     Defendants. : | Case No: 3:01cv2205 (PCD) |

### ORDER TO SHOW CAUSE

The parties are hereby ordered to appear on May 26, 2004 at 9:00am in Courtroom 1 at 141 Church Street, New Haven, CT 06510. Defendants shall show cause why the settlement agreement in this case should not be enforced.

SO ORDERED.

Dated at New Haven, Connecticut, May  25 , 2004.

                                                              /s/
                                  Peter C. Dorsey, U.S. District Judge
                                                United States District Court