UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO. |
|    PLAINTIFF | : | 3:01CV2205 (PCD) |
| | : | |
| VS. | : | |
| | : | |
| THE CITY OF MIDDLETOWN, | : | |
| CHIEF OF POLICE, J. EDWARD BRYMER, | : | |
| AND DOMENIQUE S. THORTON, | : | |
|    DEFENDANTS | : | MAY 25, 2004 |

## APPEARANCE

Please enter the appearance of ALYSSA S. VIGUE on behalf of the Plaintiff, in the above entitled matter.

                PLAINTIFF,
                LYNN BALDONI

BY: *Alyssa Vigue*
Alyssa S. Vigue
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar # ct 25178
Tel: (860)523-4055
Fax: (860)233-4215
avigue@brewerandoneil.com

## **CERTIFICATION**

This is to certify that the foregoing was mailed postage prepaid to all counsel and pro se parties of record on May 25, 2004:

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                                                                                                       Alyssa S. Vigue