Civil (April 12, 2004)

TOTAL TIME: ___ hours _50_ minutes

DEPUTY CLERK _DeVino_   HONORABLE _Peter Dorsey_   RPTR/ERO/TAPE _Sterma_

DATE _5/26/04_   START TIME _9:35 A.M._ END TIME _10:25 A.M._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Beldotti_   CIVIL NO. _01-2205_

§
§
§                    _Alyssa Vigue_
§                    Plaintiffs' Counsel
vs.                  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                    _James Szerejo_
_Middletown_         §   Defendants' Counsel
§

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing            ☑ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☑ | #66 | Motion _____ | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion _____ | granted | denied | advisement |
| ☐ | | Oral Motion _____ | granted | denied | advisement |
| ☐ | | Oral Motion _____ | granted | denied | advisement |
| ☐ | | Oral Motion _____ | granted | denied | advisement |

☐ Brief(s) due ☐ Proposed Findings due _____ Response due _____

| | | |
|---|---|---|
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |
| _____ | ☐ filed | ☐ docketed |

☐ Hearing continued until _____ at _____