UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LYNN BALDONI,** | : | **CIVIL ACTION NO.** |
| **PLAINTIFF** | : | **3:01CV2205 (PCD)** |
| | : | |
| **VS.** | : | |
| | : | |
| **THE CITY OF MIDDLETOWN,** | : | |
| **CHIEF OF POLICE, J. EDWARD BRYMER,** | : | |
| **AND DOMENIQUE S. THORTON,** | : | |
| **DEFENDANTS** | : | **November 2, 2004** |

## **APPEARANCE**

Please enter the appearance of Erin I. O'Neil on behalf of the Plaintiff, in the above entitled matter.

PLAINTIFF,
LYNN BALDONI

BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar # ct 23073
Tel: (860)523-4055
Fax: (860)233-4215
erinoneilbaker@hotmail.com

## <u>CERTIFICATION</u>

This is to certify that the foregoing was mailed postage prepaid to all counsel and pro se

parties of record on November 2, 2004:

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Trina A. Solecki
City Attorney
245 DeKoven Drive
P.O.Box 1300
Middletown, CT 06457

Clerk
United States District Court
141 church Street
New Haven, CT 06510



_____
Erin I. O'Neil