## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI; <br>     Plaintiff <br><br> VS. <br><br> THE CITY OF MIDDLETOWN; <br> J. EDWARD BRYMER; <br> DOMENIQUE S. THORTON; <br>     Defendants | CIVIL ACTION NO. <br> 3:01CV2205 (PCD) <br><br><br><br> November 4, 2004 |

### APPEARANCE

Enter my Appearance as Attorney for all defendants in the above-captioned case.

Dated at Hartford, Connecticut this 4th day of November, 2004.

                                                DEFENDANTS, <br>
                                                CITY OF MIDDLETOWN; <br>
                                                J. EDWARD BRYMER; <br>
                                                DOMENIQUE S. THORTON;

BY: _____ <br>
                                         Michael G. Petrie <br>
                                         Fed. Bar No. ct 22789 <br>
                                         HALLORAN & SAGE LLP <br>
                                         One Goodwin Square <br>
                                         Hartford, CT  06103 <br>
                                         Tele: (860) 522-6103

## **CERTIFICATION**

This is to certify that on this 4th day of November, 2004, I hereby mailed a copy of the foregoing to:

Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Trina Solecki, Esq.
City Attorney
City of Middletown
PO Box 1300
245 DeKoven Street
Middletown, CT 06457

Michael G. Petrie

612730