# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:01CV2205 (PCD) |
| VS. | : | |
| | : | |
| THE CITY OF MIDDLETOWN; | : | |
| J. EDWARD BRYMER; | : | November 24, 2004 |
| DOMENIQUE S. THORNTON; | : | |
|     Defendants | : | |

## DEFENDANTS' CROSS-MOTION FOR ENFORCEMENT OF CONSENT ORDER AND FOR SANCTIONS

Pursuant to the Federal Rules of Civil Procedure, D. Conn. L. Civ. R. 7, and the Supplemental Order regarding Motion Filing Procedure Before Judge Dorsey, undersigned Defendants, the City of Middletown, J. Edward Brymer and Domenique S. Thornton (hereinafter "Defendants"), respectfully move this Court for an order enforcing the Consent Order entered by this Court on May 5, 2004, and also an order issuing sanctions against Plaintiff for contempt of that Consent Order and due to the Plaintiff's filing of a second lawsuit causing unnecessary delay and needless increase in the costs of this and related litigation. In support of this Motion, Defendants submit a supporting Memorandum of Law.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        DEFENDANTS,
        CITY OF MIDDLETOWN;
        J. EDWARD BRYMER;
        DOMENIQUE S. THORTON


BY: _____
    James M. Sconzo
    Fed. Bar No. ct 04571
    Michael G. Petrie
    Fed. Bar No. ct 22789
    HALLORAN & SAGE LLP
    One Goodwin Square
    Hartford, CT  06103
    Tele: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 24th day of November, 2004, I hereby mailed a copy of the foregoing to:

Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Trina A. Solecki, Esq.
City Attorney
City of Middletown
PO Box 1300
245 DeKoven Street
Middletown, CT 06457

Norman A. Pattis, Esquire
Wiliams and Pattis, LLC
51 Elm Street
Suite 409
New Haven, CT 06510

                Michael G. Petrie

621041

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105