FILED

Apr 28  3 03 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI;<br>Plaintiff | CIVIL ACTION NO.<br>3:01CV2205 (PCD) |
| VS. | |
| THE CITY OF MIDDLETOWN;<br>J. EDWARD BRYMER;<br>DOMENIQUE S. THORNTON;<br>Defendants | APRIL 27, 2004 |

### CONSENT ORDER

The Court hereby orders that judgment may enter in favor of the plaintiff according to the following terms and conditions:

1. The plaintiff will be appointed to the position of Deputy Chief for the City of Middletown Police Department as of July 1, 2004.

2. The parties will be responsible for their own respective attorneys' fees and costs in connection with the lawsuit, and notwithstanding any provision of this Order to the contrary, the plaintiff shall not be considered a prevailing or successful party and she is responsible for her own attorneys' fees and costs.

3. The entry of this Order does not in any way constitute any finding of liability, wrongdoing or violation of any law, statute, regulation, agreement or policy by the City of Middletown, Domenique Thornton, or J. Edward Brymer.

4. The plaintiff shall dismiss all claims made against J. Edward Brymer and Domenique Thornton.

5. By July 1, 2004, the City or its Insurer (or the Guarantee Association) shall pay to the plaintiff twenty-four thousand nine hundred dollars ($24,900.00).

6. The plaintiff, her family, or any entity who may claim any right through her, is prohibited from filing, commencing or maintaining any other action, complaint, charge, grievance, arbitration or other proceeding against the City, its officers, officials, or employees, relating to any matters that were raised or could have been raised in this civil action or which relate to the plaintiff's appointment to Chief Deputy pursuant to this Order.

7. The City and the plaintiff shall enter into a contract setting forth the plaintiff's terms and conditions of employment as Deputy Chief.

8. The plaintiff shall provide to the City and its officers, officials and employees a release of all claims which were or could have been raised in this lawsuit or which in any way relate to the plaintiff's employment with the City.

THE COURT

By _____
         Judge

532366.1