1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
LYNN BALDONI,                    .   Case No. 3:01-CV-02205
                                 .   (PCD)
            Plaintiff,           .
                                 .   New Haven, Connecticut
     v.                          .   March 26, 2004
                                 .
CITY OF MIDDLETOWN, ET AL.,      .
                                 .
            Defendants.          .
. . . . . . . . . . . . . .
```

ON THE RECORD SETTLEMENT
BEFORE THE HONORABLE PETER C. DORSEY
SENIOR UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:           Brewer & O'Neill
                             By: JAMES BREWER, ESQ.
                             818 Farmington Avenue
                             West Hartford, CT 06119

For the Defendant:           Halloran & Sage, LLP
                             By: JAMES M. SCONZO ESQ.
                             One Goodwin Square
                             225 Asylum Street
                             Hartford, CT 06103

Court Monitor:               MS. KATHLEEN FALCONE

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.

---

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

1   concerned.
2           All right.  Now, if I understand correctly,
3   there is an agreement that a judgment will enter
4   insofar as the plaintiff and the City of Middletown is
5   concerned?
6           MR. BREWER:  That's correct, Your Honor.
7           MR. SCONZO:  That's correct, Your Honor.
8           THE COURT:  Want to recite what the agreement
9   is, Mr. Sconzo?
10          MR. SCONZO:  Yes, I will, Your Honor.
11          As of July 1st, 2004, the City and Captain
12  Baldoni will enter into an employment contract
13  effectuating Captain Baldoni's ascension into the
14  position of deputy chief.
15          In addition, --
16          THE COURT:  Deputy chief of the police
17  department?
18          MR. SCONZO:  Deputy chief of the police
19  department, Your Honor.
20          By that date, Your Honor, the City and the
21  Guarantee Association, which has taken over the
22  obligations of the City's former insurance company,
23  will pay $25,000, it's actually, technically $24,900,
24  to Mr. Brewer and Captain Baldoni, and the parties have
25  further agreed, Your Honor, that each party shall be

1   Honor, is we have a certain time lapse, obviously,
2   between now and July 1st.  The judgment will be entered
3   against the City of Middletown.  We'd like this court
4   to, should there be any issues that, you know, that
5   arose between now and then, to retain jurisdiction.
6           THE COURT:  Well, what I will do is direct
7   you, Mr. Brewer, to draft a form of judgment by
8   consent, have it reviewed by Mr. Sconzo and corporation
9   counsel, and then it can be filed and I'll enter it on
10  a "so-ordered" basis, and retain jurisdiction so that
11  either party may come back to the court and reopen the
12  matter solely for the purpose of enforcing the
13  agreement.
14          MR. BREWER:  And if I may, Your Honor, for
15  the record, I think this would be helpful.  I don't
16  think there's any -- necessarily any disagreement.
17          It's our understanding that this usurps the
18  trial, obviously, and that should there -- should we
19  have been successful at the trial, we would have at
20  least had the ability to ask this court for injunctive
21  relief, so ordering, you know, the plaintiff to be
22  promoted to deputy chief.
23          I think that it's important to point that out
24  because of the -- some of the other issues that are
25  going on in town, if the Court would indulge me.

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

*Stephen C. Bowles*          April 26, 2004

STEPHEN C. BOWLES