# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI; : | |
|     Plaintiff : | CIVIL ACTION NO. |
| : | 3:01CV2205 (PCD) |
| VS. : | |
| : | |
| THE CITY OF MIDDLETOWN; : | |
| J. EDWARD BRYMER; : | November 24, 2004 |
| DOMENIQUE S. THORNTON; : | |
|     Defendants : | |

## DEFENDANTS' CERTIFICATION OF FILING

Pursuant to paragraph 3 of this Court's Supplemental Order, the undersigned defendants, City of Middletown, J. Edward Brymer and Domenique S. Thornton, hereby certify that on November 24, 2004, they have served the original and a copy of their Cross-Motion for Enforcement of Consent Order and For Sanctions on the plaintiff, and their Memorandum of Law in Opposition to the Plaintiff's Motions to Reopen Judgment and For Contempt of Consent Order, and in Support of Defendants' Cross-Motion for Enforcement of Consent Order and For Sanctions, dated November 24, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

        DEFENDANTS,
        CITY OF MIDDLETOWN;
        J. EDWARD BRYMER;
        DOMENIQUE S. THORNTON


BY: _____
    James M. Sconzo
    Fed. Bar No. ct 04571
    Michael G. Petrie
    Fed. Bar No. ct 22789
    HALLORAN & SAGE LLP
    One Goodwin Square
    Hartford, CT  06103
    Tele: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

  This is to certify that on this 24th day of November, 2004, I hereby mailed a copy of the foregoing to:

Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Trina A. Solecki, Esq.
City Attorney
City of Middletown
PO Box 1300
245 DeKoven Street
Middletown, CT 06457

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street
Suite 409
New Haven, CT 06510

                     Michael G. Petrie

621041

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105