UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN BALDONI, | : | CIVIL ACTION NO. |
|    PLAINTIFF | : | 3:01CV2205 (PCD) |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF MIDDLETOWN, | : | |
| CHIEF OF POLICE, J. EDWARD BRYMER, | : | |
| AND DOMENIQUE S. THORTON, | : | |
|    DEFENDANTS | : | December 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC.  The plaintiff continues to be represented by Attorney Norman Pattis of Williams & Pattis.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                                                 PLAINTIFF,
                                                 LYNN BALDONI


BY: _____
     Erin I. O'Neil
     Brewer & O'Neil, LLC
     818 Farmington Avenue
     West Hartford, CT 06119
     Federal Bar # ct 23073
     Tel: (860)523-4055
     Fax: (860)233-4215
     erinoneilbaker@yahoo.com

## CERTIFICATION

This is to certify that the foregoing was mailed postage prepaid to all counsel and pro se parties of record on December 6, 2004:

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                                    _____
                                                                    Erin I. O'Neil