UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN BALDONI;<br>Plaintiff<br><br>VS.<br><br>THE CITY OF MIDDLETOWN;<br>J. EDWARD BRYMER;<br>DOMENIQUE S. THORNTON;<br>Defendants | CIVIL ACTION NO.<br>3:01CV2205 (PCD)<br><br><br><br>FEBRUARY 16, 2005 |

## STIPULATION OF DISMISSAL

The parties in the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), request the Court dismiss this action with prejudice, and without costs to any party.

DATED: 2.20.05                              DATED: 2/17/05

THE PLAINTIFF:                              THE DEFENDANTS:
LYNN BALDONI                                CITY OF MIDDLETOWN;
                                            J. EDWARD BRYMER;
                                            DOMENIQUE S. THORNTON

By _____                  By _____
Norman A. Pattis, Esq.                      James M. Sconzo
Fed. Bar #13120                             Fed. Bar #ct04571 of
Norman A. Pattis, LLC                       HALLORAN & SAGE, LLP
649 Amity Road                              One Goodwin Square
PO Box 280                                  225 Asylum Street
Bethany, CT 06524                           Hartford, CT 06103
(203) 393-3017                              (860) 522-6103
                                            and

                                            Trina A. Solecki, Esq.
                                            City Attorney
                                            245 DeKoven Drive
                                            P.O. Box 1300
                                            Middletown, CT 06457